Slip Op. 09-150

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CATFISH FARMERS OF AMERICA,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES,<br><br>          Defendant. | Before: Leo M. Gordon, Judge<br><br>Consol. Court No. 08-00111 |

**JUDGMENT**

The United States Department of Commerce has filed its Final Results of Redetermination (Dec. 10, 2009) ("Remand Results") pursuant to Catfish Farmers of Am. v. United States, 33 CIT ___, Slip. Op. 09-96 (Sept. 14, 2009) ("Catfish Farmers"). No party contests the Remand Results, and therefore, it is hereby

**ORDERED** that the Remand Results are sustained; and it is further

**ORDERED** that the subject entries enjoined in this action, see Catfish Farmers, Consol. Court No. 08-00111 (USCIT Apr. 16, 2008) (order granting consent motion for preliminary injunction), must be liquidated in accordance with the final court decision, including all appeals, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2006).

　　　　　　　　　　　　　　　　　 /s/ Leo M. Gordon
　　　　　　　　　　　　　　　　　 Judge Leo M. Gordon

Dated:　　December 23, 2009
　　　　　　New York, New York